# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH LAGUNA, A/K/A JOEY
LAGUNA,

                     Appellant,

vs.

THE STATE OF NEVADA,

                     Respondent.

No. 80484

**FILED**

MAR 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

This court's review of this appeal reveals jurisdictional defects. Specifically, the notice of appeal was untimely filed. *See* NRAP 34.575; *Lozada v. State*, 110 Nev. 349, 871 P.2d 944 (1994). Moreover, appellant has previously appealed the order denying a postconviction petition for a writ of habeas corpus in Docket No. 78867. A second duplicate appeal may not be pursued. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-10116

cc: Hon. Carolyn Ellsworth, District Judge
Joseph Laguna
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk